UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SANDRA K. JONES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:06CV669-SNL |
| THE STANDARD INSURANCE CO., | ) ) ) |
| Defendant. | ) |

## ORDER

At plaintiff's request and without objection,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

Dated this 13th day of July, 2006.

*[signature: Stephen N. Limbaugh]*

SENIOR UNITED STATES DISTRICT JUDGE